1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   UNITED STATES OF AMERICA,

9                          Plaintiff,                    CASE NO. MJ 25-89

10          v.                                           DETENTION ORDER

11  SHELTON HARLAN GLEATON,

12                         Defendant.

13          Defendant was arrested on a warrant issued by the District of Alaska and requested his

14  detention hearing be conducted in that district.

15          It is therefore **ORDERED**:

16          (1)     Defendant shall be detained pending trial and committed to the custody of the

17  Attorney General for confinement in a correctional facility separate, to the extent practicable,

18  from persons awaiting or serving sentences, or being held in custody pending appeal;

19          (2)     Defendant shall be afforded reasonable opportunity for private consultation with

20  counsel;

21          (3)     On order of a court of the United States or on request of an attorney for the

22  Government, the person in charge of the correctional facility in which Defendant is confined

23  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

connection with a court proceeding; and

**ERROR! NO TEXT OF SPECIFIED STYLE
IN DOCUMENT.** - 1

1          (4)      The Clerk shall provide copies of this order to all counsel, the United States

2    Marshal, and to the United States Probation and Pretrial Services Officer.

3          DATED this 21st day of February, 2025.

4

5                                                    _____
                                                     BRIAN A. TSUCHIDA
6                                                    United States Magistrate Judge

7    e

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**ERROR! NO TEXT OF SPECIFIED STYLE
IN DOCUMENT.** - 2